**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Matthew Fisher, | |
|               Plaintiff, | Civil Action No.: 4:13-cv-00479 |
| v. | |
| Southwest Credit Systems, L.P., | |
|               Defendant. | |

**ORDER ON DEFENDANT'S MOTION FOR A MORE DEFINITE**
**STATEMENT AND EXTENSION OF TIME TO FILE ITS ANSWER**

Upon review of the parties' submissions regarding Defendant's Motion for a More Definite Statement and Extension of Time to File its Answer, it is hereby ORDERED that Defendant's Motion for a More Definite Statement is denied. Defendant will file an answer to Plaintiff's complaint within ten (10) days of this Order. Defendant can obtain the requested information through discovery.

    **SIGNED this 16th day of October, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE