**NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW FISHER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:13cv479 |
| | § | Judge Clark/Judge Mazzant |
| SOUTHWEST CREDIT SYSTEMS, L.P., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal with Prejudice [Doc. #27].

It  is **ORDERED** that the Stipulation of Dismissal with Prejudice [Doc. #27] is accepted by the court. The court further **ORDERS** that Plaintiff's claims against Defendant in this case are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **23** day of **July, 2014.**

_____
Ron Clark, United States District Judge